USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
: 
UNITED STATES OF AMERICA  :   **ORDER AND JUDGMENT**
: 
   -v.-  :   19 Cr. 421 (RA)
: 
JOSE MANUEL ESTEVEZ,  :
: 
         Defendant.  :
- - - - - - - - - - - - - - - - - X

This cause having come on to be heard on the motion of Geoffrey S. Berman, United States Attorney for the Southern District of New York, by Daniel G. Nessim, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1. The $75,000 personal recognizance bond (the "Bond") executed by Jose Manuel Estevez, Luis Almonte, and Jose Estevez be and hereby is FORFEITED.

2. Default judgment in the amount of $75,000 in favor of the United States of America and against Jose Manuel Estevez be and hereby is ENTERED and the United States of America shall have execution therefor.

3. Judgment in the amount of $75,000 in favor of the United States of America and against Luis Almonte be and hereby is

ENTERED and the United States of America shall have execution therefor.

4. Judgment in the amount of $75,000 in favor of the United States of America and against Jose Estevez be and hereby is ENTERED and the United States of America shall have execution therefor.

SO ORDERED.

Dated: New York, New York
January 17 2020

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE